# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA BAYLIS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 12-0783 |
| **MICHAEL J. ASTRUE**, Commissioner of Social Security, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW,** this 14th day of September 2012, after careful review and independent consideration of Plaintiff's Request for Review, the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, dated August 17, 2012, and Defendant's Objections to Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Thomas J. Rueter dated August 17, 2012, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to the Report and Recommendation are **OVERRULED** for the reasons stated in the Report and Recommendation, with which this Court agrees;

3. Plaintiff's Request for Review is **DENIED**;

4. Judgment is **ENTERED IN FAVOR** of defendant, Michael J. Astrue, Commissioner of Social Security Administration, and **AGAINST** plaintiff, Donna Baylis; and,

5. The Clerk of Court shall **MARK** this case **CLOSED**.

BY THE COURT:

/s/ Jan E. DuBois

**JAN E. DUBOIS, J.**